UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COBBLER NEVADA, LLC,

    Plaintiff,

vs.                                       Case No. 8:15-cv-2653-T-27TBM

BRANE JOKIC,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 18) submitted by the Magistrate Judge recommending that Plaintiff's Motion for Entry of Default Final Judgment and Permanent Injunction (Dkt. 13) be granted in part. Neither party has objected to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 18) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Entry of Default Final Judgment and Permanent Injunction (Dkt. 13) is **GRANTED** *in part*.

3) The Clerk is directed to **ENTER DEFAULT FINAL JUDGMENT** in favor of Plaintiff and against Defendant in the amount of $17,437 ($15,000 in statutory damages, $1,950 in attorney's fees, and $487 in costs).

4) A permanent injunction is hereby **ENTERED** against Defendant as follows:

>Defendant is enjoined from directly or indirectly infringing Plaintiff's rights in *The Cobbler* motion picture, including without limitation by using the Internet to reproduce or copy *The Cobbler*, to distribute *The Cobbler*, or to make *The Cobbler* available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiff. Defendant is also enjoined to destroy all copies of *The Cobbler* that Defendant has downloaded or transferred, without Plaintiff's authorization, onto any physical medium or device in Defendant's possession, custody, or control.

4) The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** on this 22nd day of June, 2016.

*[signature]*
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record
Unrepresented Parties